CHIEF JUSTICE
 ROGELIO VALDEZ

JUSTICES
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

CLERK
 DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

May 29, 2014

Hon. Clint Lewis Taylor
1700 Pacific Ave Ste 3100
Dallas, TX 75201-4656

Hon. John C. Wander
Vinson & Elkins
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Tx 75201-8001

Hon. Matthew Johnson
1001 Fannin Street, Suite 2500
Houston, TX 77002

Hon. Lisa C. Tulk
2100 Ross Ave., Suite 750
Dallas, TX 75201

Hon. Marcus C. Barrera
Barrera & Sanchez, PC
10113 N. 10th Street, Ste. A
McAllen, TX 78504

Hon. Alana Kalish Pulaski
3200 Southwest Fwy Ste 2100
Houston, TX 77027-7525

Hon. David T. McDowell
3200 Southwest Fwy Ste 2100
Houston, TX 77027-7525

Hon. Walter Perry Zivley Jr.
600 Travis St., Suite 2800
Houston, TX 77007

Hon. Stacey Neumann Vu
First City Tower
1001 Fannin St Ste 2500
Houston, TX 77002-6760

Hon. Anjali Nigam
945 Heights Blvd.
Houston, TX 77008

Hon. Raymond L. Thomas
Kittleman, Thomas & Gonzalez
P.O. Box 1416
McAllen, TX 78504

Hon. Ricardo Pumarejo Jr.
Kittleman, Thomas & Gonzales
4900-B N. 10th Street
McAllen, TX 78504

Hon. David G. Oliveira
Roerig, Oliveira & Fisher, L. L. P.
855 West Price Road, Suite 9
Brownsville, TX 78520

Hon. Daniel D. Tostrud
1700 Pacific Ave Ste 3100
Dallas, TX 75201-4656

Hon. Gary S. Kessler
2100 Ross Ave., Suite 750
Dallas, TX 75201

Hon. Ramon Rosales Junior
The Law Offices of Ramon Rosales Jr.,
P.C.
2011 North Conway
Mission, TX 78572

Hon. Mark Andrew Carrigan
Carrigan, McCloskey & Roberson, LLP
945 Heights Blvd.
Houston, TX 77008

Hon. Manuel Berrelez
2001 Ross Ave Ste 3700
Dallas, TX 75201-2975

Hon. Aaron I. Vela
Attorney at Law
200 E. Cano
Edinburg, TX  78539

Hon. Steven Vidaurri
202 N. 10th Street
Edinburg, TX  78541

Re:        Cause No. 13-14-00126-CV
Tr.Ct.No. C-2600-09-B
Style:     In Re Thomas Agresti

Re:        Cause No.  13-14-00149-CV
Tr.Ct.No. C-2600-09-B
Style:     In Re Ing America Equitites, Inc. and Security Life of Denver Insurance
           Company

Re:        Cause No.  13-14-00154-CV
Tr.Ct.No. C-2600-09-B
Style:     In Re American General Life Insurance Company and American International
           Group, Inc.

Re:        Cause No.  13-14-00168-CV
Tr.Ct.No. C-2600-09-B
Style:     In Re Nelson P. Todd, Orchard Financial Group, LLC, and Orchard
           Administrators, LLC

           Enclosed please find a copy of the opinion issued by this Court on this date.

                          Very truly yours,

                          Dorian E. Ramirez, Clerk

DER:cc
Enc.
cc:    Hon. Rodolfo Delgado, Respondent
       Hon. Laura Hinojosa, District Clerk
       Hon. J. Rolando Olvera Jr., Presiding Judge, 5th Administrative Judicial Region